FILED
JUL 1 3 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22-cr-00393-SEP/DDN ) |
| KOLBY KRISTIANSEN, | ) ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 1, 2022, in St. Louis County, within the Eastern District of Missouri,

**KOLBY KRISTIANSEN,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and that the amount of actual methamphetamine involved in the offense was 50 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

### FORFEITURE ALLEGATION

The Grand Jury further charges that:

1.　Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) as set forth in this indictment, the Defendant, **KOLBY KRISTIANSEN,** shall forfeit to the United States of America any property, constituting, or derived from, any proceeds the defendant obtained, directly or

indirectly, as a result of such violation/s and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such violations.

Subject to forfeiture upon a conviction is a sum of money equal to the total property constituting, or derived from, any proceeds obtained directly or indirectly as a result of such violations.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
Lisa M. Yemm, #64601MO
Assistant United States Attorney