UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>*Kolby Kristiansen*<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 4:14CR313 SEP<br>) 4:22CR393 SEP<br>)<br>)<br>) |

## NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)

Comes now counsel for the above-named defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐ A Notice of Appeal will be filed by defense counsel within the time allowed by law.

☐ Defense counsel has explained to defendant his/her right to appeal, defendant has not requested that counsel file a Notice of Appeal, and defendant declines to sign this notice.

☒ Defense counsel has explained to defendant his/her right to appeal, defendant does not wish to file a Notice of Appeal, and defendant has signed below to so indicate.

(**Note:** Defense counsel must check the appropriate box that applies above.)

9/8/23
Date

_____
Signature of Attorney

9/8/23
Date

_____
Signature of Defendant